**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00767-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ERIC LANGPOP, | |
| Defendant. | |

    Based on the Stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 17, 2023, at the hour of 4:00 p.m., is vacated and continued to October 24, 2023 at the hour of 4:00 p.m. in Courtroom 3D.

    DATED this 11th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE