UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ERIC LANGPOP,<br><br>    Defendant. | Case No. 2:23-cr-00165-JAD-MDC<br><br>**ORDER** |

    Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, October 7, 2024, at 10:00 a.m., be vacated and continued to November 13, 2024 at the hour of 10:00 a.m.

    DATED this 23rd day of August 2024.

                                                     _____
                                                   Jennifer A. Dorsey
                                                   United States District Judge