UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC LANGPOP,<br><br>    Defendant. | Case No. 2:23-cr-00165-JAD-MDC<br><br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, December 4, 2024, at 10:00 a.m., be vacated and continued to January 21, 2025 at the hour of 11:00 a.m.

DATED this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE